FILED

COPY

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAURA D. CASTNER (SBN 172362)
  lcastner@kwikalaw.com
DAVID W. SWIFT (SBN 235033)
  dswift@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for
VUTEC CORPORATION

2013 MAY -6  AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRADLEY COOPER, an individual; and LIAM NEESON, an individual,<br><br>       Plaintiffs,<br><br>       vs.<br><br>VUTEC CORPORATION, a Florida Corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1-20, inclusive,<br><br>       Defendants.<hr>VUTEC CORPORATION, a Florida Corporation,<br><br>       Cross-Claimant,<br><br>       vs.<br><br>FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation.<br><br>       Cross-Defendant. | Case No. CV 13-2951 SJO (SHx)<br><br>**DEFENDANT VUTEC CORPORATION'S CROSS-CLAIM AGAINST FIRST IMPRESSIONS THEME THEATERS, INC.; DEMAND FOR JURY TRIAL**<br><br>Trial Date:    None Set |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

99910.00001/167350.1

VUTEC CORPORATION'S CROSS-CLAIM

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    Defendant and Cross-Claimant Vutec Corporation ("Cross-Claimant" or

2  "Vutec"), by and through its attorneys, brings this cross-claim against Defendant

3  and Cross-Defendant First Impressions Theme Theaters, Inc. ("Cross-Defendant" or

4  "First Impressions") as follows:

5                                    **CROSS-CLAIM**

6                                    **JURISDICTION**

7    1.     This action arises under Florida common law.  Jurisdiction is proper

8  under the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

9    2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

10

11                                  **THE PARTIES**

12    3.     Cross-Claimant Vutec Corporation is, and at all times relevant hereto

13  was, a corporation organized and existing under the laws of the state of Florida, with

14  its principal place of business in Coral Springs, Florida.

15    4.     Vutec is informed and believes that Cross-Defendant First Impressions

16  Theme Theaters, Inc. is and at all times relevant hereto was, a corporation organized

17  and existing under the laws of the state of Florida, with its principal place of

18  business in North Miami, Florida.

19

20                              **GENERAL ALLEGATIONS**

21    5.     Vutec manufactures high-performance projection screens and

22  audiovisual accessories which are used in boardrooms, classrooms, training centers,

23  and custom home theaters.  Vutec does not sell its screens directly to consumers, but

24  through distributors and dealers.

25    6.     First Impressions is a designer, manufacturer and installer of custom

26  home theaters, and specializes in custom theater seating.

27    7.     Vutec is informed and believes that, in or about 2010 or 2011, First

28  Impressions caused a photograph of a home theater it had created to be produced for

99910.00001/167350.1

VUTEC CORPORATION'S CROSS-CLAIM

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  editorial and advertising use (the "advertisement").

2      8.      The photograph of the First Impressions theater in the advertisement

3  included a Vutec-manufactured screen, with an image on the screen of four men in

4  what appears to be an action movie.  Vutec is informed that two of the men in the

5  image on the screen are plaintiffs Bradley Cooper and Liam Neeson.

6      9.      Vutec had no part in the design, creation or content of First

7  Impressions' advertisement.

8      10.     In or about October 2011, Vutec and First Impressions entered into a

9  letter agreement setting forth an agreement that Vutec could use the First

10 Impressions advertisement, in exchange for which, if it used the advertisement it

11 would include a credit to First Impressions for the theater.  Under the October 2011

12 agreement, no monetary compensation was requested or paid by Vutec to First

13 Impressions.

14     11.     During discussions with Vutec, First Impressions informed Vutec that

15 First Impressions had designed and produced the advertisement itself.  At no time

16 did First Impressions indicate that it did not have permission to use the movie image

17 shown in the advertisement, or that it had not asked for or obtained such permission.

18     12.     Vutec subsequently used the First Impressions image on its website,

19 www.vutec.com.  On or about April 1, 2013, Vutec removed the First Impressions

20 advertisement from its website after learning of the Complaint in this action.

21     13.     In the Complaint, plaintiffs Bradley Cooper and Liam Neeson

22 (together, "Plaintiffs") assert claims against Vutec and First Impressions for (1)

23 misappropriation of common law right of publicity; (2) violation of common law

24 right of privacy; (3) trademark infringement/false association in violation of the

25 Lanham Act (15 U.S.C. §1125); and (4) trade dress infringement in violation of the

26 Lanham Act (15 U.S.C. §1125).  Each of the Plaintiffs' claims is based on the use of

27 the movie image in the advertisement, the alleged publication of the advertisement

28 by First Impressions and Vutec, and First Impressions' and Vutec's alleged failure

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

1   to request or receive permission to use the movie image in the advertisement.

2   Plaintiffs seek compensatory damages, treble damages, punitive damages ,

3   reimbursement of their attorneys' fees and costs, and injunctive relief.

4

5                    **FIRST CROSS-CLAIM**

6                        **(Indemnity)**

7         14.    Cross-Claimant hereby incorporates by reference and realleges the

8   allegations contained in paragraphs 1-13 herein.

9         15.    Vutec is informed and believes that the First Impressions advertisement

10  was created entirely by First Impressions.  Vutec had no part in creating the

11  advertisement.

12        16.    Vutec is informed and believes that First Impressions negligently failed

13  to request or receive permission to include the movie image showing Plaintiffs

14  Cooper and Neeson in the advertisement, before publishing the advertisement or

15  causing the advertisement to be published.

16        17.    First Impressions never disclosed to Vutec that it did not have

17  permission to include the movie image in the advertisement, when it asked Vutec to

18  include the advertisement on Vutec's website and offered to let Vutec use the

19  advertisement.

20        18.    As a result of First Impressions' negligence, Vutec has been sued in the

21  above-captioned action by plaintiffs Cooper and Neeson.

22        19.    If plaintiffs Cooper and Neeson prevail on any or all of their claims and

23  are awarded damages, First Impressions is or may be liable to Vutec for any

24  damages that may be awarded to plaintiffs Cooper and Neeson against Vutec.

25        20.    If plaintiffs Cooper and Neeson prevail on their claims and are awarded

26  damages, Vutec will be forced to pay such damages, due only to some vicarious,

27  constructive, derivative or technical liability resulting from Vutec's unknowing use

28  of the allegedly unauthorized First Impressions advertisement.

21.    In addition, Vutec has had to and will incur attorneys' fees and costs to defend against Cooper's and Neeson's Complaint.

WHEREFORE, Cross-Claimant prays for judgment as follows:

1.    For recovery of all sums which Cross-Claimant is or may be required to pay to Cooper and Neeson as a result of the claims alleged in their Complaint;

2.    For Cross-Claimant's attorneys' fees and costs of suit; and

3.    For such other and further relief as the Court may deem just and proper.

DATED: May 3, 2013

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP

By: _____
     David W. Swift

Attorneys for VUTEC CORPORATION

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  **DEMAND FOR JURY TRIAL**

2  Vutec hereby demands a jury on all issues so triable.

3

4

5  DATED: May 3, 2013                 KINSELLA WEITZMAN ISER
                                      KUMP & ALDISERT LLP
6

7

8

9  By: _____
10     David W. Swift

11     Attorneys for VUTEC CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99910.00001/167350.1
                                      5

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On May 3, 2013, I served true copies of the following document(s) described as **DEFENDANT VUTEC CORPORATION'S CROSS-CLAIM AGAINST FIRST IMPRESSIONS THEME THEATERS, INC.; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2013, at Santa Monica, California.

_____
Diane M Gotori

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

99910.00001/167350.1

VUTEC CORPORATION'S CROSS-CLAIM

1

**SERVICE LIST**

2

3  **Charles J Harder**                    Attorneys for Bradley Cooper
   **Douglas E Mirell**
4  Harder Mirell and Abrams LLP
   1801 Avenue of the Stars Suite 1120
5  Los Angeles, CA 90067
   424-203-1600
6  Fax: 424-203-1601

7  Email: charder@HMAfirm.com
   Email: dmirell@hmafirm.com

8
   **Courtney E Curtis**                   Attorneys for First Impressions Theme
9  **James C Potepan**                     Theaters, Inc.
   LeClairRyan LLP
10 725 South Figueroa Street Suite 350
   Los Angeles, CA 90017
11 213-488-0503
   Fax: 213-624-3755

12
   Email: courtney.curtis@leclairryan.com
13 Email: james.potepan@leclairryan.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

99910.00001/167350.1

VUTEC CORPORATION'S CROSS-CLAIM

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850