UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY COOPER, an individual; and LIAM NEESON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VUTEC CORPORATION, a Florida corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. CV 13-02951 SJO (SHx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:  March 28, 2013<br>Action Removed:  April 26, 2013<br>Trial Date:  April 29, 2014 |

Having considered the stipulation of plaintiffs BRADLEY COOPER and LIAM NEESON and defendants VUTEC CORPORATION and FIRST IMPRESSIONS THEME THEATERS, INC., by and through their counsel, regarding their proposed stipulated protective order, the terms of such stipulated protective order are approved, it is deemed an order of this Court and IT IS SO ORDERED.

Dated: July 02, 2013

*Stephen J. Hillman*
United States Magistrate Judge