1  JAMES C. POTEPAN (SBN 107370)
   Email: james.potepan@leclairryan.com
2  CHAD M. MANDELL (SBN 272775)
   Email: chad.mandell@leclairryan.com
3  LECLAIRRYAN LLP
4  725 S. Figueroa Street, Suite 350
   Los Angeles, CA  90017
5  Telephone:  (213) 488-0503
   Facsimile:   (213) 624-3755
6
7  Attorneys for Defendant
   FIRST IMPRESSIONS THEME THEATRES, INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | BRADLEY COOPER, an individual; and LIAM NEESON, an individual, | Case No. CV13-02951 SJO (SHx) |
|---|---|---|
| 13 | | *[Magistrate Judge:  Hon. Stephen J. Hillman, Courtroom 550-Roybal]* |
| 14 | Plaintiffs, | |
| 15 | v. | **NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES BY PLAINTIFF LIAM NEESON TO DEFENDANT FIRST IMPRESSIONS THEME THEATRES, INC'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
| 16 | VUTEC CORPORATION, a Florida corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1-20, inclusive, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | Hearing Date: December 9, 2013<br>Time:         2:00 p.m.<br>Courtroom:    550 |
| 20 | | |
| 21 | | **DISCOVERY MATTER** |
| 22 | | Discovery Cutoff:    1/29/14<br>Motion Cutoff:       3/03/14<br>Pretrial Conference: 4/21/14<br>Trial Date:          4/29/14 |
| 23 | AND RELATED ACTIONS | |
| 24 | | |

25     **TO THE COURT, ALL INTERESTED PARTIES AND THEIR**
26  **RESPECTIVE COUNSEL OF RECORD:**
27     **PLEASE TAKE NOTICE** that on December 9, 2013, at 2:00 p.m., or as
28  soon thereafter as the matter may be heard, in Courtroom 550 of the United States

11799622                              - 1 -                      CV13-02951 SJO (SHx)

District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, before the Honorable Stephen J. Hillman, Defendant First Impressions Theme Theatres, Inc. ("Defendant") will, and hereby does, move to compel further responses and documents from Plaintiff Liam Neeson to Defendant's Requests for Production, Set One.  Defendant makes this Motion pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, and Central District Local Rule 37.

      This Motion is based upon this Notice of Motion, the Joint Stipulation on the Motion, the Declaration of Chad M. Mandell in Support of the Motion (including the exhibits attached thereto), and the [Proposed] Order Granting the Motion, all of which are filed or lodged concurrently herewith; along with any Supplemental Memorandum of Law in Support of the Motion and any papers filed therewith, the pleadings and other papers on file in the above-captioned action, any information of which the Court takes judicial notice, and any oral argument on the Motion.

      Defendant makes this Motion following a conference of counsel that took place on September 9, 2013, and pursuant to L.R. 37-1.

DATED:     November 11, 2013              LECLAIRRYAN LLP

By: /s/ Chad M. Mandell
JAMES C. POTEPAN
CHAD M. MANDELL
Attorneys for Defendant
FIRST IMPRESSION THEME
THEATRES, INC.

## CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and Local Rule 37-1, counsel for Defendant First Impressions Theme Theatres, Inc., met and conferred with counsel for Plaintiff Liam Neeson in a good-faith effort to resolve the discovery matters that are the subject of this motion.

DATED:   November 15, 2013            LECLAIRRYAN LLP


                                      By:   /s/ Chad M. Mandell
                                            JAMES C. POTEPAN
                                            CHAD M. MANDELL
                                            Attorneys for Defendant
                                            FIRST IMPRESSION THEME
                                            THEATRES, INC.