JAMES C. POTEPAN (SBN 107370)
Email: james.potepan@leclairryan.com
CHAD M. MANDELL (SBN 272775)
Email: chad.mandell@leclairryan.com
LECLAIRRYAN LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755

Attorneys for Defendant
FIRST IMPRESSIONS THEME THEATRES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRADLEY COOPER, an individual; and LIAM NEESON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VUTEC CORPORATION, a Florida corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. CV13-02951 SJO (SHx)<br><br>*[Magistrate Judge: Hon. Stephen J. Hillman, Courtroom 550-Roybal]*<br><br>**DECLARATION OF CHAD M. MANDELL IN SUPPORT OF JOINT STIPULATION FOR DEFENDANT'S FIRST IMPRESSION THEME THEATRES, INC.'S MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS BY PLAINTIFF LIAM NEESON; ATTACHMENT A**<br><br>Hearing Date:   December 9, 2013<br>Time:           2:00 p.m.<br>Courtroom:      550<br><br>**DISCOVERY MATTER**<br><br>Discovery Cutoff:      1/29/14<br>Motion Cutoff:         3/03/14<br>Pretrial Conference:   4/21/14<br>Trial Date:            4/29/14 |

///

I, Chad M. Mandell, declare as follows:

1. I am an attorney at law, licensed to practice in all courts of the State of California and the United States District Court for the Central District of California, among other Courts. I am associated with the law firm of LeClairRyan, counsel for Defendant First Impressions Theme Theatres, Inc. ("Defendant"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A**, and incorporated herein by reference, is a true and correct copy of Defendant's First Set of Requests for Production of Documents to Plaintiff Bradley Cooper ("Plaintiff"), served on July 10, 2013§.

3. Attached hereto as **Exhibit B**, and incorporated herein by reference, is a true and correct copy of Plaintiff's Response to Defendant's First Set of Requests for Production of Documents, served on August 8, 2013.

4. Attached hereto as **Exhibit C**, and incorporated herein by reference, is a true and correct copy of the August 29, 2013, letter sent by counsel for Defendant to counsel for Plaintiff.

5. Attached hereto as **Exhibit D**, and incorporated herein by reference, is a true and correct copy of the September 11, 2013, letter sent by counsel for Defendant to counsel for Plaintiff.

6. Attached hereto as **Exhibit E**, and incorporated herein by reference, is a true and correct copy of the September 13, 2013, letter sent by counsel for Plaintiff to counsel for Defendant.

7. Attached hereto as **Exhibit F**, and incorporated herein by reference, is a true and correct copy of the September 24, 2013, letter sent by counsel for Defendant to counsel for Plaintiff.

8. Attached hereto as **Exhibit G**, and incorporated herein by reference, is a true and correct copy of the September 24, 2013, email sent by counsel for Plaintiff to counsel for Defendant.

1      9.    Attached hereto as **Exhibit H**, and incorporated herein by reference, is a true and correct copy of Defendant's First Set of Interrogatories to Plaintiff, served on July 10, 2013.

    10.    Attached hereto as **Exhibit I**, and incorporated herein by reference, is a true and correct copy of Plaintiff's Complaint in this matter, filed on March 28, 2013.

    11.    Attached hereto as **Exhibit J**, and incorporated herein by reference, is a true and correct copy of Stipulation Re Protective Order and Protective Order, filed on July 2, 2013.

    12.    Attached hereto as **Exhibit K**, and incorporated herein by reference, is a true and correct copy of the Court's Scheduling order entered on June 10, 2013.

    13.    Attached hereto as **Exhibit L**, and incorporated herein by reference, is a true and correct copy of Plaintiff's Response to Defendant's First Set of Interrogatories, served on August 22, 2013.

    14.    Attached hereto as **Exhibit M**, and incorporated herein by reference, is a true and correct copy of Plaintiff's Supplemental Response to Defendant's First Set of Interrogatories, served on September 27, 2013.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 31, 2013, at Los Angeles, California.

_____
Chad M. Mandell