UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | V 13-02951-SJO (SHx) | Date | November 19, 2013 |
|---|---|---|---|
| Title | Bradley Cooper, et al.., v. VUTEC CORP. et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**      (IN CHAMBERS)


   The magistrate judge advises counsel that he has a long standing social relationship with Douglas Mirell.  If any party wishes the magistrate judge to recuse himself, counsel for such party shall advise the clerk Sandra Butler no later than November 25, 2013.  Otherwise the magistrate judge does not intend to self-recuse.

**cc:    District Judge Otero**
**Counsel of Record\***
**\*the term "counsel" as used herein also includes any pro se party.**
**See Local Rule 2.9.3.**

                                                                                                              :
                                                           Initials of Preparer