CHARLES J. HARDER (State Bar No. 184593)
DOUGLAS E. MIRELL (State Bar No. 94169)
SARAH E. LUPPEN (State Bar No. 258559)
KIMBERLINA N. MCKINNEY (State Bar No. 286349)
HARDER MIRELL & ABRAMS LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone:  (424) 203-1600
Facsimile:   (424) 203-1601

Attorneys for Plaintiffs
BRADLEY COOPER and LIAM NEESON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BRADLEY COOPER, an individual; and LIAM NEESON, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>VUTEC CORPORATION, a Florida corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1–20, inclusive,<br><br>    Defendants. | Case No. CV 13-02951 SJO (SHx)<br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH JOINT STIPULATIONS FOR DEFENDANT FIRST IMPRESSIONS THEME THEATRES, INC.'S MOTIONS TO COMPEL FURTHER RESPONSES BY PLAINTIFFS**<br><br>Complaint Filed:   March 28, 2013<br>Action Removed:   April 26, 2013<br>Trial Date:             April 29, 2014 |
|---|---|

///
///
///
///
///
///
///
///

1  Having considered the Stipulation to File Documents under Seal in
2  Connection with Joint Stipulations for Defendant's Motion to Compel Further
3  Responses by Plaintiffs between and among plaintiffs BRADLEY COOPER and
4  LIAM NEESON (collectively "Plaintiffs"), on the one hand, and Defendant FIRST
5  IMPRESSIONS THEME THEATRES, INC. (herein "Defendant"), by and through
6  their counsel, the Court HEREBY ORDERS that the parties' declarations and
7  attachments, in connection with the Joint Stipulations and any supplemental
8  memoranda of law, may be filed under seal with the Court.

**IT IS SO ORDERED.**

DATED: November 19, 2013

_____
Honorable Stephen J. Hillman
United States Magistrate Judge