UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRADLEY COOPER, an individual; and LIAM NEESON, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>VUTEC CORPORATION, a Florida corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1-20, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CV 13-02951 SJO (SHx)<br><br>[Assigned to Magistrate Judge Hon. John E. McDermott]<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATES ON MOTIONS TO COMPEL** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2334908.1
666666-66666

[PROPOSED] ORDER

Having considered the parties' concurrently filed Stipulation to Continue Hearing Date on Motions to Compel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties will file their supplemental memoranda no later than December 24, 2013 and the hearing on Defendant's motions (docket nos. 33, 34, 35, 36 & 37) will be continued to Tuesday, January, 7, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 27, 2013

_____
Honorable John E. McDermott
United States Magistrate Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2334908.1
666666-66666

1

[PROPOSED] ORDER