1  CHARLES J. HARDER (State Bar No. 184593)
   DOUGLAS E. MIRELL (State Bar No. 94169)
2  SARAH E. LUPPEN (State Bar No. 258559)
   KIMBERLINA N. MCKINNEY (State Bar No. 286349)
3  HARDER MIRELL & ABRAMS LLP
   1925 Century Park East, Suite 800
4  Los Angeles, California 90067
   Telephone:  (424) 203-1600
5  Facsimile:   (424) 203-1601

6  Attorneys for Plaintiffs
   BRADLEY COOPER and LIAM NEESON
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

| BRADLEY COOPER, an individual; and LIAM NEESON, an individual, | Case No. CV 13-02951 SJO (JEMx) |
|---|---|
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT** |
| v. | [Hon. Judge S. James Otero] |
| VUTEC CORPORATION, a Florida corporation; FIRST IMPRESSIONS THEME THEATERS, INC., a Florida corporation; and DOES 1–20, inclusive, | Action Filed:    March 28, 2013<br>Case Removed: April 26, 2013<br>Jury Trial Date: April 29, 2014 |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs and Defendants have reached a settlement in the above-referenced case.  A formal settlement agreement is being circulated between the parties for review and approval.  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

///

///

IT IS SO STIPULATED.

Dated: January 2, 2014     HARDER MIRELL & ABRAMS LLP

By: /s/ Charles J. Harder
CHARLES J. HARDER
Attorneys for Plaintiffs
BRADLEY COOPER and LIAM NEESON

Dated: January 2, 2014     LOEB & LOEB LLP

By: /s/ David A. Grossman
DAVID A. GROSSMAN
Attorneys for Defendant
FIRST IMPRESSIONS THEME THEATRES, INC.

Dated: January 2, 2014     KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ David W. Swift
DAVID W. SWIFT
Attorneys for Defendant
VUTEC CORPORATION